### BUTLER BY HER CONSERVATOR V. BUTLER.

A party may not be permitted to aver against a record.

PETITION in chancery, showing that her brother Zephaniah Huntington, after her husband's death, appeared at the Court of Probate and in her name refused what was given her by will, and claimed dower without any authority from her; and prays that the proceedings in the Court of Probate may be set aside, and she have her dower in her said husband's estate.

Plea in abatement — That by the records of the Court of Probate it appears that said Zephaniah was her attorney at that time, and she ought not to be permitted to contradict the record.

Judgment — Plea sufficient.

### DAVIDSON, A MINOR.

A minor may appeal from a decree of the Court of Probate at any time during his minority.

APPEAL from an order respecting the distribution of his father's estate by the Court of Probate.

Plea in abatement — That more than eighteen months had elapsed since the making of said order, and that he had no right to appeal until he should arrive to full age.

Plea judged to be insufficient. A minor in such case may appeal at any time, as well before as after he is of full age, provided it be within the time limited by the proviso.